UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ELGIN TRAMMELL, | ) | Case No. CV 10-1017-AG (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT AMBROSELLI, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 30, 2011

_____
Andrew Guilford
United States District Judge